**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No: 6:15-cv-1297-Orl-40GJK

LINDA VULEVIC,

Defendant.

---

**FINAL JUDGMENT**

This action comes before the Court following the Court's Order granting Plaintiff's Second Renewed Motion for Default Judgment. Default judgment is hereby entered against Defendant, Linda Vulevic, who has failed to appear or otherwise defend against this action. Plaintiff, United States of America, shall recover from Defendant, Linda Vulevic, Thirteen Thousand Nine Hundred Thirty-Four and 37/100 Dollars ($13,934.37), which shall bear interest at the legal rate as provided by law, for which sum let execution issue.

**DONE AND ORDERED** in Orlando, Florida on May 3, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties